In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-375 CV


____________________



CHARLES GORDON, Appellant



V.



DANIEL BROUSSARD, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-173255






MEMORANDUM OPINION


 We have before the Court an "Agreed Motion for Reversal and Remand for New
Trial." The appellant, Charles Gordon, and the appellee, Daniel Broussard, asks this
Court to vacate the judgment of the trial court, remand the cause for new trial and release
the surety, The Insurance Company of the State of Pennsylvania. The Court finds the
motion complies with Tex. R. App. P. 42.1(a)(2).


 It is, therefore, ORDERED that the judgment of the trial court is vacated and the
cause is remanded to the 172nd District Court of Jefferson County, Texas, for further
proceedings on the merits of the case. Costs are assessed against the appellant, and the
obligations of The Insurance Company of the State of Pennsylvania on appellant's
supersedeas bond are discharged.

 VACATED AND REMANDED. 

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered October 27, 2005

Before McKeithen, C.J., Gaultney and Kreger, JJ.